# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-1587-SKC

**ELEAZAR CASTORENA**,
    Plaintiff,

v.

**DENVER SCRAP METAL RECYCLE CENTER, INC.**,
    Defendant.

---

## JOINT NOTICE OF SETTLEMENT
---

The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all the claims asserted by Plaintiff, including the issues of attorney's fees and costs. The parties are in the process of finalizing settlement terms and expect to file a Notice of Dismissal with Prejudice within thirty (30) days from the filing of this Notice of Settlement.

Respectfully submitted,

**PLAINTIFF ELEAZAR CASTORENA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ April Rhéaume
April Rhéaume
Wash. Bar No. 57119
april@sanfordlawfirm.com

Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

**DEFENDANT DENVER SCRAP METAL RECYCLE CENTER, INC.**

FISHER & PHILLIPS, LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3650
Facsimile: (303-218-3651

/s/ Jeffrey H. McClelland
Jeffrey H. McClelland
jmcclelland@fisherphillips.com