IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01587-SKC

**ELEAZAR CASTORENA**

    Plaintiff,

v.

**DENVER SCRAP METAL RECYCLE CENTER, INC.,**

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Eleazar Castorena ("Plaintiff") and Defendant Denver Scrap Metal Recycle Center, Inc. ("Defendant," and together with Plaintiff, "the Parties"), submit this Stipulation of Dismissal with Prejudice.  By agreement of the Parties, Plaintiff hereby dismisses all claims brought in this action against Defendant, *with prejudice*, with each party bearing his/its own respective costs, expenses, and attorneys' fees.

Respectfully submitted this day, October 19, 2021.

| | |
|---|---|
| *s/ April Rhéaume* | *s/ Jeffrey H. McClelland* |
| April Rhéaume | Jeffrey H. McClelland |
| **SANFORD LAW FIRM, PLLC** | **FISHER & PHILLIPS LLP** |
| Kirkpatrick Plaza | 1125 17th Street, Suite 2400 |
| 10800 Financial Centre Pkwy, Suite 510 | Denver, CO 80202 |
| Little Rock, AR 72211 | Telephone: (303) 218-3650 |
| Telephone: (501) 221-0088 | Facsimile: (303) 218-3651 |
| Facsimile: (888) 787-2040 | jmcclelland@fisherphillips.com |
| april@sanfordlawfirm.com | |
| | ***Attorneys for Defendant*** |
| ***Attorneys for Plaintiff*** | |

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 19, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed using the CM/ECF system, which will send notification of such filing to the following:

Jeffrey H. McClelland
FISHER & PHILLIPS LLP
1125 17th Street, Suite 2400
Denver, CO 80202
Telephone: (303) 218-3650
Facsimile: (303) 218-3651
jmcclelland@fisherphillips.com

***Attorneys for Defendant***

*s/ April Rhéaume*